# United States District Court

## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GMR | F5432865 | N. Brooks | 2387 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 10/27/2024  1054 | 36 CFR 261.8(a) |

Place of Offense

NFR  1247

Offense Description: Factual Basis for Charge    HAZMAT □

Hunting W/o License

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Reynolds | Lindsey | N |

Street Address

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A □ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT →** $ 80  Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Lindsey Reynolds | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Lindsey Reynolds

Original - CVB Copy

*F5432865*

Previous edition is obsolete

FS-5300-4 (1/2021)

---

I state that on 10/27/2024, 20 04 while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☑ my personal observation        ☑ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-27-2024     N. B_____
  Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
  Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident